■   THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LEONARD GROSSMAN, MICHAEL SCANDIFIA and LAWRENCE PISTONE, Respondents, et al., Defendant.— Upon the stipulation of the attorneys for the respective parties, dated January 16, 1967, the decision [27 A D 2d 572] and order of this court, both dated December 27, 1966 are amended by deleting from the decretal paragraph of each the words, "and on the facts". Brennan, Acting P. J., Rabin, Hopkins and Benjamin, JJ., concur.